742 A.2d 969

IN THE MATTER OF THOMAS B. BENITZ,
AN ATTORNEY AT LAW.

January 11, 2000.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(3) and *Rule* 1:20–11, seeking the immediate temporary suspension of **THOMAS B. BENITZ** of **MIDDLESEX,** who was admitted to the bar of this State in 1975, and good cause appearing;

It is ORDERED that **THOMAS B. BENITZ** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, in any, currently existing in any New Jersey financial institution maintained by **THOMAS B. BENITZ,** pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown; and it is further

ORDERED that **THOMAS B. BENITZ** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **THOMAS B. BENITZ** comply with *Rule* 1:20–20 dealing with suspended attorneys.